# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2014

### NO. 03-14-00331-CV

**Randolph A. Lopez, d/b/a Brown Hand Center and d/b/a Brown Medical Center, Appellant**

**v.**

**Cox Texas Newspapers, L.P., d/b/a Austin American-Statesman, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**DISMISSED FOR WANT OF PROSECUTION --**
**OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on March 18, 2014. Having reviewed the record, the Court holds that Randolph A. Lopez, d/b/a Brown Hand Center and d/b/a Brown Medical Center has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.